# Geneva County *v.* Hall.

*Prosecution for Default in Working Public Road.*

1. *Where prosecution must be instituted.*—A prosecution to recover the statutory penalty, in the name of the county against a defaulting road hand, must be instituted before a justice of the peace (Code, § 1425); and when the record does not show that it was so commenced, the county can not complain of a judgment of acquittal rendered in the Circuit Court.

APPEAL from the Circuit Court of Geneva.
Tried before the Hon. JESSE M. CARMICHAEL.

C. A. LANEY, for appellant.

M. E. MILLIGAN, *contra.*

COLEMAN, J.—The defendant was prosecuted under section 1425 of the Code, for making default as a road hand. The section provides that the penalty be recovered before a justice of the peace, in the name of the county. There is nothing in the record to show that the cause was heard or determined by a justice of the peace. So far as disclosed by the record, it was originally tried in the Circuit Court. To give the Circuit Court jurisdiction, it was necessary that the trial be first had before a justice of the peace, and then, on appeal or *certiorari*, the cause could be heard in the Circuit Court.

The trial in the Circuit Court resulted in the defendant's acquittal. Appellant can not complain of this result, as the trial court had no jurisdiction of the case.

Affirmed.